Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 6, 1961

**No. 66036.**—Edda International Corp. and Milton Snedeker Corp. v. United States, protest 324054–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of textile warping machinery and parts thereof the same in all material respects as those the subject of Abstract 64990, the claim of the plaintiffs was sustained.

SEPTEMBER 5, 1961

**No. 66037.**—Balfour Guthrie & Co., Ltd., et al. v. United States, protests 58/16320, etc. Plaintiffs' application for rehearing granted.

**No. 66038.**—Frederick Richards, Inc., for a/c Hyde Park Mills v. United States, protest 59/6520. Plaintiff's application for rehearing granted.

SEPTEMBER 6, 1961

**No. 66039.**—Random House, Inc., and Milton Snedeker Corp. v. United States, protest 58/5932. Plaintiffs' application for rehearing granted.

SEPTEMBER 6, 1961

**No. 66040.**—SUIT 5043.—Rico, Inc. v. United States.— A.R.D. 121 affirmed May 5, 1961. C.A.D. 773.

**No. 66041.**—SUIT 5059.—United States v. C. J. Tower & Sons of Buffalo, N.Y.— C.D. 2194 reversed April 14, 1961. C.A.D. 770.

**No. 66042.**—APPEAL 5077.—United States v. F. W. Myers & Co., Inc.— C.D. 2239. Appeal dismissed July 7, 1961.